UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL BARRERA,

                    Plaintiff,

        v.

BOEING EMPLOYEES CREDIT UNION,

                    Defendant.

CASE NO. 2:19-cv-01197-RAJ-BAT

**ORDER GRANTING STIPULATED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

Pursuant to the stipulation and agreement of the parties (Dkt. 16), it is **ORDERED** that the briefing schedule of Defendant's motion to dismiss, is as follows:

1.      Defendant will file its motion to dismiss on **September 19, 2019**, and note the motion for **October 31, 2019**.

2.      Plaintiffs will file any opposition briefing on **October 17, 2019**.

3.      Defendant will file any reply briefing on **October 31, 2019**.

DATED this 30th day of August, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge