HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BARRERA, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOEING EMPLOYEES CREDIT UNION,<br><br>    Defendant. | NO. 19-cv-01197-RAJ-BAT<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Paul Barrera ("Plaintiff"), by and through his counsel, hereby provides notice that the Parties have reached a settlement and states as follows:

1. Plaintiff Barrera and Defendant Boeing Employees Credit Union have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff Barrera, which will be dismissed with prejudice.

2. The Parties are presently working to finalize a settlement agreement and plan to submit to the Court a stipulated dismissal.

3. The Parties request the Court set a deadline of 30 days from this Notice for the Parties to submit a stipulated dismissal.

NOTICE OF SETTLEMENT (19-cv-01197-RAJ-BAT) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4811-1941-5215, v. 1

DATED this 20th day of December, 2019.

                  TOUSLEY BRAIN STEPHENS PLLC

                  By: *s/ Kim D. Stephens*
                      Kim D. Stephens, WSBA #11984
                      Cecily C. Shiel, WSBA #50061
                      1700 Seventh Avenue, Suite 2200
                      Seattle, Washington  98101
                      Telephone:  206.682.5600/Fax: 206.682.2992
                      Email:     kstephens@tousley.com
                                 cshiel@tousley.com

Jeffrey Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Telephone: 202.250-4783
Email:     jkaliel@kalielpllc.com
             sgold@kalielpllc.com

Lynn A. Toops (admitted *pro hac vice*)
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN  46204
Telephone:  317.636-6481/Fax: 317.636-2593
Email:     ltoops@cohenandmalad.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
Martin F. Schubert (admitted *pro hac vice*)
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 27203
Telephone:  615.254-8801/Fax: 615.255.5419
Email:     gerards@bsjfirm.com
            mschubert@bsjfirm.com

Christopher D. Jennings
THE JOHNSON FIRM
2226 Cottondale Lane, Suite 210
Little Rock, AR  72202

NOTICE OF SETTLEMENT (19-cv-01197-RAJ-BAT) - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

4811-1941-5215, v. 1

| | |
|---|---|
| 1 | Telephone: 501.373.1300 |
| 2 | Email:      chris@yourattorney.com |
| 3 | ***Attorneys for Plaintiffs*** |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

NOTICE OF SETTLEMENT (19-cv-01197-RAJ-BAT) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4811-1941-5215, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 20th day of December, 2019.

*s/ Kim D. Stephens*
Kim D. Stephens

NOTICE OF SETTLEMENT (19-cv-01197-RAJ-BAT) - 4

4811-1941-5215, v. 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992