HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BARRERA, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BOEING EMPLOYEES CREDIT UNION,<br><br>　　　　　Defendant. | NO. 19-cv-01197-RAJ-BAT<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paul Barrera and Defendant Boeing Employees Credit Union, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff's claims with prejudice, and with each party to bear its own attorney's fees and costs. The parties request that the Clerk of Court now close this case.

IT IS SO STIPULATED.

DATED this 7th day of January, 2020.

DAVIS WRIGHT TREMAINE LLP　　　　　TOUSLEY BRAIN STEPHENS PLLC

By: _s/ Fred B. Burnside_　　　　　　　　By: _s/ Kim D. Stephens_
　　Fred B. Burnside, WSBA #32491　　　　Kim D. Stephens, WSBA #11984
　　Rebecca Francis, WSBA #41196　　　　Cecily C. Shiel, WSBA #50061
　　Davis Wright Tremaine, LLP　　　　　　1700 7th Avenue, Suite 2200

STIPULATED DISMISSAL WITH PREJUDICE
(19-cv-01197-RAJ-BAT) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4831-2731-4352, v. 1

| | | |
|---|---|---|
| 1 | 920 Fifth Avenue, Suite 3300<br>Seattle, WA 98105 | Seattle, WA 98101<br>Tel: 206.682.5600/Fax: 206.682.2992 |
| 2 | Tel. 206-757-8016<br>Email:   fredburnside@dwt.com | Email:   kstephens@tousley.com<br>               cshiel@tousley.com |
| 3 |                rebeccafrancis@dwt.com | |
| 4 | Tim Cunningham, WSBA #50224<br>Davis Wright Tremaine, LLP | Jeffrey Kaliel<br>Sophia Gold<br>KALIEL PLLC |
| 5 | 1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201-5610 | 1875 Connecticut Ave. NW, 10th Floor<br>Washington, DC  20009 |
| 6 | Tel. 503-778-5386<br>Email:   timcunningham@dwt.com | Telephone: 202.250-4783<br>Email: jkaliel@kalielpllc.com |
| 7 | *Attorney for Defendant Boeing Employees Credit Union* |                sgold@kalielpllc.com |
| 8 | | Lynn A. Toops (admitted *pro hac vice*)<br>COHEN & MALAD, LLP |
| 9 | | One Indiana Square<br>Suite 1400<br>Indianapolis, IN  46204 |
| 10 | | Telephone:  317.636-6481/Fax: 317.636-2593<br>Email: ltoops@cohenandmalad.com |
| 11 | | J. Gerard Stranch, IV (admitted *pro hac vice*) |
| 12 | | Martin F. Schubert (admitted *pro hac vice*)<br>BRANSTETTER, STRANCH<br>& JENNINGS, PLLC |
| 13 | | 223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 27203 |
| 14 | | Telephone:  615.254-8801/Fax: 615.255.5419<br>Email: gerards@bsjfirm.com |
| 15 | |                mschubert@bsjfirm.com |
| 16 | | Christopher D. Jennings<br>THE JOHNSON FIRM |
| 17 | | 2226 Cottondale Lane, Suite 210<br>Little Rock, AR  72202<br>Telephone: 501.373.1300 |
| 18 | | Email: chris@yourattorney.com |

STIPULATED DISMISSAL WITH PREJUDICE
(19-cv-01197-RAJ-BAT) - 2

4831-2731-4352, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 7th day of January, 2020.

*s/ Kim D. Stephens*
Kim D. Stephens

STIPULATED DISMISSAL WITH PREJUDICE
(19-cv-01197-RAJ-BAT) - 3

4831-2731-4352, v. 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992